IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Brett Raio, <br><br> Plaintiff(s), <br><br> v. <br><br> City of Chicago et al, <br><br> Defendant(s). | Case No. 25-cv-2709 <br> Judge Sara L. Ellis |

## ORDER

Motion for leave to appear pro hac vice [7] is granted.

Date: 3/21/2025 /s/ Sara L. Ellis