UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRETT RAIO;<br>PEREZ NDI; and<br>REETIK DHAMALA,<br><br>      Plaintiffs,<br><br>      v.<br><br>CITY OF CHICAGO, an Illinois municipal corporation, and Chicago Police Officers JACKSON, SUTOR, SANDOVAL, JOYCE, and JOHN DOE, in their official and individual capacities.<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:25-cv-02709<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Angela R. Biancofiori, a citizen in good standing in the State of Illinois, am a private person over the age of 18 years, not a party to nor interested in the above captioned matter, I am a registered employee of Hanrahan Investigations located at 4413 Roosevelt Road, Suite 110, Hillside, IL 60162, a private detective agency listed under The Private Detective, Private Alarm, Private Security and Locksmith Act of 2004, under the laws of the State of Illinois, agency license #117-000934.

I served a SUMMONS IN A CIVIL CASE and COMPLAINT upon City of Chicago, c/o City of Chicago Law Department, by handing a copy of the aforementioned documents to Kevin Kimmel, Staff Assistant, at his place of business, City of Chicago, 121 N LaSalle St., Chicago, IL 60602 on 03/20/2025 at approximately 10:45 AM.

Kevin Kimmel is a Caucasian male, approximately fifty-five (55) years of age, approximately 5' 8" with short gray hair and a medium build. Kimmel was wearing glasses, a black long sleeve sweatshirt with the City of Chicago logo, blue jeans, and gray gym shoes at the time of service.

Further, the affiant sayeth not.

_____
Angela R. Biancofiori

Subscribed and Sworn
before me this __20__ day
of __March__ /2025.

_____
Notary Public

**OFFICIAL SEAL**
PETER J DOTSON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 02/01/2027

Page 1 of 1