# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Raio et al. v. City of Chicago et al.

Case Number: 25-cv-02709

An appearance is hereby filed by the undersigned as attorney for:
City of Chicago

Attorney name (type or print): Eric Seeleman

Firm: City of Chicago Department of Law, Federal Civil Rights Litigation Division

Street address: 2 N LaSalle St. Ste. 420

City/State/Zip: Chicago, Illinois 60602

Bar ID Number: 6334936
(See item 3 in instructions)

Telephone Number: (312) 742-3902

Email Address: eric.seeleman@cityofchicago.org

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 07 APRIL 2025

Attorney signature: S/ Eric Seeleman
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023