UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRETT RAIO; PEREZ NDI; and REETIK DHAMALA, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, an Illinois municipal corporation, and Chicago Police Officers JACKSON, SUTOR, SANDOVAL, JOYCE, and JOHN DOE, in their official and individual capacities, <br><br> Defendants. | No. 25-cv-02709 <br><br> Hon. Sara L. Ellis |

**DEFENDANT CITY OF CHICAGO'S *UNOPPOSED* MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT**

Defendant, City of Chicago, by and through its attorneys, respectfully requests that this Court extend its time to answer or otherwise plead in response to plaintiffs' complaint to and including **June 9, 2025**. In support of its motion, the City states as follows:

1. On March 14, 2025, plaintiffs filed a seven-count complaint against the City and four Chicago Police Department officers. Plaintiffs allege that the defendants deprived them of their constitutional and civil rights by citing them for Chicago Municipal Code violations in December 2024 and February 2025. ECF No. 1.

2. The City was served on March 20, 2025. Its responsive pleading is due April 10, 2025.

3. Defendant Officers Jackson, Sutor, Sandoval, and Joyce have not yet been served. The City's counsel is cooperating with plaintiffs' counsel to identify any other proper defendants, and plaintiffs may amend the complaint accordingly.

4. At this time, the undersigned counsel anticipate entering appearances on behalf of each of the named defendants in this matter. The City's counsel therefore requires additional time to: (1) allow for proper service of all defendants, (2) meet with all named defendants to confirm issues related to representation, and (3) conduct a pre-filing investigation to formulate the appropriate response to plaintiffs' complaint in a manner consistent with counsel's obligations under Rules 8 and 11 of the Federal Rules of Civil Procedure.

5. Due to these circumstances, the City requests a 60-day extension, up to and including June 9, 2025, to answer or otherwise plead to plaintiffs' complaint.

6. This is the City's first request for an extension of time. This request is not made for dilatory purposes, and plaintiffs will not suffer any prejudice by granting the extension. To the contrary, it is hoped the requested extension will help facilitate the litigation.

7. The City's counsel contacted plaintiffs' counsel, who do not oppose this motion.

**WHEREFORE**, the City respectfully requests that this Court extend its time to answer or otherwise plead to plaintiffs' complaint through and including June 9, 2025.

| | |
|---|---|
| Date: April 8, 2025 | Respectfully submitted, |
| | |
| ELLEN MCLAUGHLIN | MARY B. RICHARDSON-LOWRY, |
| ellen.mclaughlin@cityofchicago.org | Corporation Counsel for |
| DYLAN JAICKS | the City of Chicago |
| dylan.jaicks@cityofchicago.org | |
| ERIC SEELEMAN | By: s/ *Ellen W. McLaughlin* |
| eric.seeleman@cityofchicago.org | Chief Assistant Corporation Counsel |
| City of Chicago Department of Law | |
| 2 North LaSalle, Suite 520/420 | |
| Chicago, IL 60602 | |
| 312-742-5147 / 744-4216 / 742-3902 | |

*Attorneys for Defendant City of Chicago*