**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BRETT RAIO; PEREZ NDI; and REETIK DHAMALA, ) ) ) | |
| Plaintiffs, ) ) | No. 25-cv-02709 |
| v. ) ) | Hon. Sara L. Ellis |
| CITY OF CHICAGO, an Illinois municipal corporation, and Chicago Police Officers JACKSON, SUTOR, SANDOVAL, JOYCE, and JOHN DOE, in their official and individual capacities, ) ) ) ) ) ) ) | |
| Defendants. ) | |

**NOTICE OF UNOPPOSED MOTION**

PLEASE TAKE NOTICE that on **April 15, 2025**, at **9:45 a.m.**, or as soon thereafter as counsel may be heard, undersigned counsel will appear before the Honorable Sara L. Ellis, or any judge sitting in the Court's stead, in Courtroom 1403 of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present **Defendant City of Chicago's Unopposed Motion for an Extension of Time to Answer or Otherwise Plead**, a copy of which was filed herewith and is hereby served upon you.

| | |
|---|---|
| Date: April 8, 2025 | Respectfully submitted, |
| ELLEN MCLAUGHLIN<br>ellen.mclaughlin@cityofchicago.org<br>DYLAN JAICKS<br>dylan.jaicks@cityofchicago.org<br>ERIC SEELEMAN<br>eric.seeleman@cityofchicago.org<br>City of Chicago Department of Law<br>2 North LaSalle, Suite 520/420<br>Chicago, IL 60602<br>312-742-5147 / 744-4216 / 742-3902 | MARY B. RICHARDSON-LOWRY,<br>Corporation Counsel for<br>  the City of Chicago<br><br>By:    s/ *Ellen W. McLaughlin*<br>Chief Assistant Corporation Counsel |

*Attorneys for Defendant City of Chicago*