UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRETT RAIO; PEREZ NDI; and REETIK DHAMALA, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 25-cv-02709 ) |
| CITY OF CHICAGO, an Illinois municipal corporation, and Chicago Police Officers MARIO L. JACKSON, NICO A. SUTOR, CARLOS R. CAMEY SANDOVAL, MICHAEL P. JOYCE, WILLIAM E. GATLIN, and MICHAEL PETRASKI, in their official and individual capacities, | ) The Honorable Sara L. Ellis ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that on Tuesday, July 8, 2025, at 9:45 a.m., or as soon thereafter as counsel may be heard, undersigned counsel will appear before the Honorable Sara L. Ellis, or any judge sitting in the Court's stead, in Courtroom 1403 of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present Defendants' Rule 12(b)(6) Motion to Dismiss, a copy of which was filed herewith and is hereby served upon you.

Date:   June 27, 2025

ELLEN MCLAUGHLIN
ellen.mclaughlin@cityofchicago.org
DYLAN GILL
dylan.gill@cityofchicago.org
ERIC SEELEMAN
eric.seeleman@cityofchicago.org
City of Chicago Department of Law
2 North LaSalle, Suite 520
Chicago, IL 60602
312-742-5147 / 744-4216 / 742-3902

*Attorneys for Defendant City of Chicago*

Respectfully submitted,

MARY B. RICHARDSON-LOWRY,
Corporation Counsel for the City of Chicago

By:   */s/ Dylan M. Gill*
Assistant Corporation Counsel