UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRETT RAIO; PEREZ NDI; and REETIK DHAMALA, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 25-cv-02709 |
| CITY OF CHICAGO, an Illinois municipal corporation, and Chicago Police Officers MARIO L. JACKSON, NICO A. SUTOR, CARLOS R. CAMEY SANDOVAL, MICHAEL P. JOYCE, WILLIAM E. GATLIN, and MICHAEL PETRASKI, in their official and individual capacities, | ) ) ) ) ) ) ) ) ) | The Honorable Sara L. Ellis |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR
LEAVE TO FILE OVERLENGTH BRIEF**

Defendants City of Chicago and Chicago Police Officers Mario L. Jackson, Nico A. Sutor, Carlos R. Camey Sandoval, Michael P. Joyce, William E. Gatlin, and Michael Petraski respectfully move this Court for leave pursuant to Local Rule 7.1 to file an overlength memorandum in support of their Rule 12(b)(6) Motion to Dismiss of no more than 29 pages. *See* Exhibit A hereto. In support of this motion, Defendants state:

1. On April 17, 2025, Plaintiffs filed a nineteen-page Amended Complaint containing 152 paragraphs. In the Amended Complaint, Plaintiffs assert eight counts, many with multiple theories for relief, alleging that the City and six defendant Chicago Police officers deprived them of their constitutional and civil rights by citing them for Municipal Code violations during two separate events in December 2024 and February 2025. Dkt. 17.

2. Defendants' responsive pleading is due June 27, 2025. Dkt. 32.

3. Defendants filed their Rule 12(b)(6) Motion to Dismiss concurrently with this motion. Dkt. 33.

4. Local Rule 7.1 limits briefs in support of any motion to fifteen pages without prior approval of the Court.

5. Despite their best efforts to be as concise as possible, Defendants are unable to conform their Memorandum in Support of their Motion to Dismiss to the fifteen-page limitation due to the multitude of Plaintiffs' claims and theories for relief. Defendants also use additional pages in the Memorandum to detail the defendant officers' body camera footage and explain why it is appropriately considered in ruling on the Motion to Dismiss, and to explain why Plaintiffs' claims are also precluded under the *Monell* and qualified immunity doctrines. Defendants therefore respectfully request that they be allowed to file a 29-page memorandum in support of their Rule 12(b)(6) Motion to Dismiss. A copy of Defendants' proposed memorandum is attached hereto as Exhibit A.

6. Defendants' counsel contacted Plaintiffs' counsel, who does not oppose this Motion.

WHEREFORE, Defendants respectfully request that this Court grant it leave to file a memorandum in support of its Rule 12(b)(6) Motion to Dismiss of no more than 29 pages.

Date: June 27, 2025

ELLEN MCLAUGHLIN
ellen.mclaughlin@cityofchicago.org
DYLAN GILL
dylan.gill@cityofchicago.org
ERIC SEELEMAN
eric.seeleman@cityofchicago.org
City of Chicago Department of Law
2 North LaSalle, Suite 520
Chicago, IL 60602
312-742-5147 / 744-4216 / 742-3902

*Attorneys for Defendant City of Chicago*

Respectfully submitted,

MARY B. RICHARDSON-LOWRY,
Corporation Counsel for the City of Chicago

By: */s/ Dylan M. Gill*
Assistant Corporation Counsel