# EXHIBIT 1

**Body-Worn Camera of CPD Officer Nico A. Sutor**

**File Name: Axon_Body_3_Video_2024-12-10_1116_X60AG7216 (Sutor).mp4**

**(Uploaded Electronically Via Digital Media Exhibit Submission)**