# EXHIBIT 2

**Body-Worn Camera of CPD Officer Mario L. Jackson**

**File Name: Axon_Body_3_Video_2024-12-10_1116_X60AC210M (Jackson).mp4**

**(Uploaded Electronically Via Digital Media Exhibit Submission)**