# EXHIBIT 3

**Body-Worn Camera of CPD Officer William E. Gatlin**

**File Name: Axon_Body_3_Video_2025-02-24_1153_X60AC211R (Gaitlin).mp4**

**(Uploaded Electronically Via Digital Media Exhibit Submission)**