# EXHIBIT 4

**Body-Worn Camera of CPD Officer Michael P. Joyce**

**File Name: Axon_Body_3_Video_2025-02-24_1153_X60AC763N (Joyce).mp4**

**(Uploaded Electronically Via Digital Media Exhibit Submission)**