UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRETT RAIO, PEREZ NDI, and, REETIK DHAMALA, <br>             *Plaintiffs*, <br><br> v. <br><br> The CITY OF CHICAGO, an Illinois municipal corporation, and Chicago Police Officers MARIO L. JACKSON, NICO A. SUTOR, CARLOS R. CAMEY SANDOVAL, MICHAEL P. JOYCE, WILLIAM E. GATLIN, and MICHAEL PETRASKI in their official and individual capacities, <br>             *Defendants*. | Case No. 1:25-cv-02709 <br><br> **Hon. Sara L. Ellis** |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF**

Pursuant to Local Rule 7.1, Plaintiffs Brett Raio, Perez Ndi, and Reetik Dhamala respectfully move this Court for leave to file an overlength memorandum in opposition to Defendants' Rule 12(b)(6) Motion to Dismiss of no more than 29 pages. In support of this motion, Plaintiffs state:

    1.    On June 27, 2025, Defendants filed a Motion for Leave to File an Overlength Brief in support of their Motion to Dismiss, which Plaintiffs did not oppose. (Doc. 35).

    2.    This Court granted the Motion (Doc. 39), and Defendants filed their brief on July 3, 2025. (Doc. 40).

    3.    Plaintiffs' Response to Defendants' Motion to Dismiss is due on July 25, 2025.

    4.    Local Rule 7.1 limits briefs in opposition to any motion to fifteen pages without prior approval of the Court.

    5.    While Plaintiffs have sought to be as concise as possible in responding to the Defendants' Motion to Dismiss, Plaintiffs are unable to conform their response to the fifteen-page

limitation. Defendants' motion attacks all counts raised in Plaintiffs' complaint, raises important questions under *Monell*, and presents important evidentiary questions regarding their attempt to use body camera footage not referenced in the Amended Complaint. Plaintiffs accordingly request leave to file a 29-page memorandum in opposition to the Defendants' Rule 12(b)(6) Motion to Dismiss.

6. Plaintiffs' counsel contacted Defendants' counsel, who does not oppose this Motion.

WHEREFORE, Plaintiffs respectfully request that this Court grant them leave to file a memorandum in opposition to Defendants' Rule 12(b)(6) Motion to Dismiss of no more than 29 pages.

**/s/ Nathan J. Moelker**

Nathan Moelker
Liam Harrell
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Ave., NE
Washington, DC 20002
Tel: (202) 641-9160
Fax: (202) 546-9309
lharrell@aclj.org
nmoelker@aclj.org

Geoffrey R. Surtees
AMERICAN CENTER FOR LAW & JUSTICE
PO Box 60
New Hope, KY 40052
gsurtees@aclj.org
502-549-7020 (tel)
502-549-5252 (fax)

Charles E. Hervas
Kaleah M. Ault
HERVAS, CONDON & BERSANI, PC
333 W. Pierce Rd., Ste. 195
Itasca, IL 60143
chervas@hcbattorneys.com
kault@hcbattorneys.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that on July 23, 2025, he caused a copy of the foregoing Plaintiffs' Motion for Leave to be e-filed using the CM/ECF e-filing system which will serve all parties of record.

                                              */s/ Nathan J. Moelker*