# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRETT RAIO, <br> PEREZ NDI, and, <br> REETIK DHAMALA, <br>         *Plaintiffs*, <br><br> v. <br><br> The CITY OF CHICAGO, an Illinois municipal corporation, and Chicago Police Officers MARIO L. JACKSON, NICO A. SUTOR, CARLOS R. CAMEY SANDOVAL, MICHAEL P. JOYCE, WILLIAM E. GATLIN, and MICHAEL PETRASKI in their official and individual capacities, <br>         *Defendants*. | Case No. 1:25-cv-02709 <br><br> **Hon. Sara L. Ellis** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, July 31, 2025 at 1:45 p.m., we shall appear before Judge Sara L. Ellis, Courtroom 1403, U.S. District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, IL, or any judge sitting in her stead and shall present **Plaintiffs' Unopposed Motion For Leave To File Overlength Brief**, a copy of which is attached hereto and hereby served upon you.

Dated: July 23, 2025,                                   Respectfully submitted,

**/s/ Nathan J. Moelker**

Nathan Moelker
Liam Harrell
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Ave., NE
Washington, DC 20002
Tel: (202) 641-9160
Fax: (202) 546-9309
lharrell@aclj.org

1

nmoelker@aclj.org

Geoffrey R. Surtees
AMERICAN CENTER FOR LAW & JUSTICE
PO Box 60
New Hope, KY 40052
gsurtees@aclj.org
502-549-7020 (tel)
502-549-5252 (fax)

Charles E. Hervas
Kaleah M. Ault
HERVAS, CONDON & BERSANI, PC
333 W. Pierce Rd., Ste. 195
Itasca, IL 60143
chervas@hcbattorneys.com
kault@hcbattorneys.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on July 23, 2025, he caused a copy of the foregoing Plaintiffs' Notice of Motion to be e-filed using the CM/ECF e-filing system which will serve all parties of record.

*/s/ Nathan J. Moelker*
