# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Brett Raio, et al.
       Plaintiff,

v.              Case No.: 1:25−cv−02709
              Honorable Sara L. Ellis

City Of Chicago, et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2025:

  MINUTE entry before the Honorable Sara L. Ellis: The Court grants Plaintiffs' motion for leave to file excess pages [41]. Plaintiffs may file a response brief of up to 29 pages. No appearance required on 7/31/2025. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.