UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRETT RAIO; PEREZ NDI; and REETIK DHAMALA, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF CHICAGO, an Illinois municipal corporation, and Chicago Police Officers MARIO L. JACKSON, NICO A. SUTOR, CARLOS R. CAMEY SANDOVAL, MICHAEL P. JOYCE, WILLIAM E. GATLIN, and MICHAEL PETRASKI, in their official and individual capacities, )<br>)<br>Defendants. ) | No. 25-cv-02709<br><br>Hon. Sara L. Ellis |

**MOTION TO WITHDRAW APPEARANCE FOR
DYLAN M. GILL AS ATTORNEY FOR DEFENDANTS**

Pursuant to Local Rule 83.17, Defendants respectfully move this Court to grant leave for Dylan M. Gill to withdraw her appearance as an attorney of record in this matter. In support of this motion, Defendants state as follows:

1. After September 5, 2025, Dylan M. Gill will no longer be working in the City of Chicago Department of Law. As a result, Ms. Gill will no longer be involved in the representation of the City or the individual Defendants in this matter.

2. Ellen McLaughlin and Eric Seeleman from the City's Department of Law will continue to represent Defendants in this case, and thus no substitution of counsel is necessary. Additional attorneys may also file appearances on behalf of Defendants as necessary.

| | |
|---|---|
| Date: September 5, 2025 | Respectfully submitted, |
| ELLEN MCLAUGHLIN<br>ellen.mclaughlin@cityofchicago.org<br>DYLAN M. GILL<br>dylan.gill@cityofchicago.org<br>ERIC SEELEMAN<br>eric.seeleman@cityofchicago.org<br>City of Chicago Department of Law<br>2 North LaSalle, Suite 520<br>Chicago, IL 60602<br>312-742-5147 / 744-4216 / 742-3902 | MARY B. RICHARDSON-LOWRY,<br>Corporation Counsel for the City of Chicago<br><br>By:   */s/ Dylan M. Gill*<br>Assistant Corporation Counsel |

*Attorneys for Defendants*