IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRETT RAIO; PEREZ NDI; and REETIK DHAMALA, *Plaintiffs*, v. Chicago Police Officers JACKSON, SUTOR, SANDOVAL, JOYCE, and JOHN DOE, in their official and individual capacities, and the CITY OF CHICAGO, an Illinois municipal corporation, *Defendants*. | Case No. 25-cv-02709 Honorable Sara L. Ellis |

**MOTION TO WITHDRAW APPEARANCES OF
<u>CHARLES E. HERVAS AND KALEAH M. AULT</u>**

NOW COME the Plaintiffs, BRETT RAIO, PEREZ NDI, and REETIK DHAMALA, by and through their attorneys, CHARLES E. HERVAS, and KALEAH M. AULT of HERVAS, CONDON, & BERSANI, P.C., and hereby move to withdraw their Appearances as local counsel in the present matter.

In support of this motion, the undersigned states as follows:

1. Charles Hervas and Kaleah Ault appeared on behalf of Plaintiffs on April 24, 2025.

2. Mr. Hervas and Ms. Ault are no longer able to represent Plaintiffs in this matter.

3. Plaintiffs are competently represented by remaining counsel, Mr. Harrell and Mr. Moelker of the American Center for Law & Justice.

4. Mr. Hervas and Ms. Ault respectfully seek leave to withdraw as counsel for Plaintiffs.

WHEREFORE, Plaintiffs respectfully request this Honorable Court to enter an order terminating the Appearances of Charles Hervas and Kaleah Ault as counsel for Plaintiffs.

Respectfully submitted,

**s/ Charles E. Hervas**
Charles E. Hervas, ARDC No. 06185117
Kaleah M. Ault, ARDC No. 06332424
*Attorneys for Plaintiffs*
HERVAS, CONDON & BERSANI, P.C.
333 W. Pierce Road, Suite 195
Itasca, IL 60143-3156
P: 630-773-4774
chervasa@hcbattorneys.com
kault@hcbattorneys.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRETT RAIO;<br>PEREZ NDI; and<br>REETIK DHAMALA,<br><br>*Plaintiffs,*<br><br>v.<br><br>Chicago Police Officers JACKSON, SUTOR, SANDOVAL, JOYCE, and JOHN DOE, in their official and individual capacities, and the CITY OF CHICAGO, an Illinois municipal corporation,<br><br>*Defendants.* | Case No. 25-cv-02709<br><br>Honorable Sara L. Ellis |

## CERTIFICATE OF SERVICE

I hereby certify that on **September 11, 2025,** I electronically filed the foregoing ***Motion to Withdraw Appearances of Charles E. Hervas and Kaleah M. Ault*** with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Liam R. Harrell
Nathan J. Moelker
American Center for Law & Justice
201 Maryland Avenue, NE
Washington, D.C. 20002
lharrell@aclj.org
nmoelker@aclj.org

Geoffrey R. Surtees
American Center for Law & Justice
P.O. Box 60
New Hope, KY 40052
gsurtees@aclj.org

Ellen W. McLaughlin
Dylan McKenzie Gill
Eric T. Seeleman
Gregory Beck
City of Chicago Dept. of Law
2 N. LaSalle St., Ste. 580
Chicago, IL 60602
ellen.mclaughlin@cityofchicago.org
dylan.gill@cityofchicago.org
eric.seeleman@cityofchicago.org
gregory.beck@cityofchicago.org

s/ Charles E. Hervas
Charles E. Hervas, ARDC No. 06185117
Kaleah M. Ault, ARDC No. 06332424
*Attorneys for Plaintiff*
HERVAS, CONDON & BERSANI, P.C.
333 W. Pierce Road, Suite 195
Itasca, IL 60143-3156   630-773-4774
chervas@hcbattorneys.com