# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRETT RAIO; PEREZ NDI; and REETIK DHAMALA, <br><br> *Plaintiffs,* <br><br> v. <br><br> Chicago Police Officers JACKSON, SUTOR, SANDOVAL, JOYCE, and JOHN DOE, in their official and individual capacities, and the CITY OF CHICAGO, an Illinois municipal corporation, <br><br> *Defendants.* | Case No. 25-cv-02709 <br><br> Honorable Sara L. Ellis |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Thursday, September 18, 2025, at 9:45 a.m.,** or as soon thereafter as counsel may be heard, undersigned counsel will appear before the Honorable Sara L. Ellis, or any judge sitting in the Court's stead, in Courtroom 1403 of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present Plaintiffs' *Unopposed* Motion to Withdraw Appearances of Charles E. Hervas and Kaleah M. Ault, a copy of which was filed herewith and is hereby served upon you.

Respectfully submitted,

**s/ Charles E. Hervas**
Charles E. Hervas, ARDC No. 06185117
Kaleah M. Ault, ARDC No. 06332424
*Attorneys for Plaintiffs*
HERVAS, CONDON & BERSANI, P.C.
333 W. Pierce Road, Suite 195
Itasca, IL 60143-3156
P: 630-773-4774
chervasa@hcbattorneys.com
kault@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRETT RAIO;<br>PEREZ NDI; and<br>REETIK DHAMALA,<br><br>     *Plaintiffs,*<br><br>  v.<br><br>Chicago Police Officers JACKSON, SUTOR, SANDOVAL, JOYCE, and JOHN DOE, in their official and individual capacities, and the CITY OF CHICAGO, an Illinois municipal corporation,<br><br>     *Defendants.* | Case No. 25-cv-02709<br><br>Honorable Sara L. Ellis |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on **September 11, 2025,** I electronically filed the foregoing ***Notice of Motion*** with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Liam R. Harrell
Nathan J. Moelker
American Center for Law & Justice
201 Maryland Avenue, NE
Washington, D.C. 20002
lharrell@aclj.org
nmoelker@aclj.org

Ellen W. McLaughlin
Dylan McKenzie Gill
Eric T. Seeleman
Gregory Beck
City of Chicago Dept. of Law
2 N. LaSalle St., Ste. 580
Chicago, IL  60602
ellen.mclaughlin@cityofchicago.org
dylan.gill@cityofchicago.org
eric.seeleman@cityofchicago.org
gregory.beck@cityofchicago.org

Geoffrey R. Surtees
American Center for Law & Justice
P.O. Box 60
New Hope, KY 40052
gsurtees@aclj.org

                **s/ Charles E. Hervas**
                Charles E. Hervas, ARDC No. 06185117
                Kaleah M. Ault, ARDC No. 06332424
                *Attorneys for Plaintiff*
                HERVAS, CONDON & BERSANI, P.C.
                333 W. Pierce Road, Suite 195
                Itasca, IL 60143-3156   630-773-4774
                chervas@hcbattorneys.com