## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BRETT RAIO; PEREZ NDI; and REETIK DHAMALA, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 25-cv-02709 |
| | ) | |
| CITY OF CHICAGO, an Illinois municipal corporation, and Chicago Police Officers MARIO L. JACKSON, NICO A. SUTOR, CARLOS R. CAMEY SANDOVAL, MICHAEL P. JOYCE, WILLIAM E. GATLIN, and MICHAEL PETRASKI, in their official and individual capacities, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | | |

## MOTION TO WITHDRAW

Attorney Gregory Beck respectfully moves to withdraw his appearance as counsel for defendants for the reasons stated below:

1. The undersigned filed an appearance on behalf of Defendants

2. The undersigned is leaving the City's law department and will no longer work in the Federal Civil Rights Litigation (FCRL) Division.

3. Additional attorneys currently represent these defendants and will continue to diligently and ably represent them going forward in this matter. The undersigned's motion to withdraw will not prejudice the representation or cause any undue delay in this proceeding.

**WHEREFORE**, attorney Gregory Beck respectfully requests that this Honorable Court enter an order granting the motion to withdraw and terminate his appearance.

Respectfully submitted,

BY:  */s/ Gregory Beck*
Gregory Beck

Assistant Corporation Counsel Supervisor
City of Chicago, Department of Law
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
312.742.5146 (Phone)

## CERTIFICATE OF SERVICE

I hereby certify that, on **January 14, 2026**, I submitted with the Clerk for the Northern District of Illinois using the Court's electronic filing system or CM/ECF **Motion to Withdraw,** which served a copy to all parties of record.

*/s/ Gregory Beck*
Gregory Beck

- 3 -