**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Raio et al. v. City et al.          Case Number: 25-cv-02709

An appearance is hereby filed by the undersigned as attorney for:
Mario L. Jackson, Nico A. Sutor, Carlos R. Camey Sandoval, Michael P. Joyce, William E. Gatlin, Michael Petraski

Attorney name (type or print):  Eric Seeleman

Firm:     City of Chicago Department of Law

Street address:       2 N. LaSalle St. Suite 420

City/State/Zip:    Chicago, Illinois 60602

Bar ID Number:  6334936          Telephone Number:    (312) 742-3902
(See item 3  in instructions)

Email Address: eric.seeleman@cityofchicago.org

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.      ☐   Retained Counsel

☐   Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 23 JULY 2026

Attorney signature:     S/ Eric Seeleman
                        (Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023