**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BRETT RAIO; PEREZ NDI; and REETIK DHAMALA, <br><br> *Plaintiffs,* <br><br> *v.* <br> The CITY OF CHICAGO, an Illinois municipal corporation, and Chicago Police Officers MARIO L. JACKSON, NICO A. SUTOR, CARLOS R. CAMEY SANDOVAL, MICHAEL P. JOYCE, WILLIAM E. GATLIN, and MICHAEL PETRASKI in their official and individual capacities. <br> *Defendants.* | Case No. 1:25-cv-02709 <br><br><br> **The Hon. Sara L. Ellis** |

**NOTICE OF MOTION**

TO:     Ellen McLaughlin
        Eric Seeleman
        Hannah Pitcher
        CITY OF CHICAGO DEPARTMENT OF LAW
        2 N. LaSalle Street Suite 520
        Chicago, IL 60602
        Ellen.McLaughlin@cityofchicago.org
        Eric.Seeleman@cityofchicago.org
        Hannah.Pitcher@cityofchicago.org

PLEASE TAKE NOTICE that on **Thursday, August 6, 2026, at 1:45 p.m.** the undersigned will appear before the Honorable Sara L. Ellis, District Judge of the United States District Court for the Northern District of Illinois, Courtroom 1403, 219 S. Dearborn St., via teleconference and then and there present the **JOINT MOTION REGARDING DISCOVERY DISPUTES**.

Dated July 31, 2026

Respectfully submitted,

By: /s/ Nathan J. Moelker*
Nathan J. Moelker*
Geoffrey R. Surtees*                                 Stuart J. Roth
AMERICAN CENTER FOR LAW & JUSTICE                    Liam R. Harrell**
PO Box 60                                            Lindsey C. Bachman**
New Hope, KY 40052                                   AMERICAN CENTER FOR LAW & JUSTICE
Tel: (502) 827-0951                                  201 Maryland Avenue, NE
Email: gsurtees@aclj.org                             Washington, D.C. 20002
                                                     Tel: (202) 641-9160
                                                     Fax: (202) 546-9309
                                                     Email: nmoelker@aclj.org;
                                                     lharrell@aclj.org;
                                                     lbachman@aclj.org

                                                     *Counsel for Plaintiffs*

*Admitted to this Court's General Bar
** Admitted *Pro Hac Vice*