# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| BRETT RAIO; PEREZ NDI; and REETIK DHAMALA, <br> *Plaintiffs,* <br><br> *v.* <br> The CITY OF CHICAGO, an Illinois municipal corporation, and Chicago Police Officers MARIO L. JACKSON, NICO A. SUTOR, CARLOS R. CAMEY SANDOVAL, MICHAEL P. JOYCE, WILLIAM E. GATLIN, and MICHAEL PETRASKI in their official and individual capacities. <br> *Defendants.* | Case No. 1:25-cv-02709 <br><br><br> **The Hon. Sara L. Ellis** |

## NOTICE OF MOTION

TO:    Ellen McLaughlin
       Eric Seeleman
       Hannah Pitcher
       CITY OF CHICAGO DEPARTMENT OF LAW
       2 N. LaSalle Street Suite 520
       Chicago, IL 60602
       Ellen.McLaughlin@cityofchicago.org
       Eric.Seeleman@cityofchicago.org
       Hannah.Pitcher@cityofchicago.org

PLEASE TAKE NOTICE that on **Thursday, August 6, 2026, at 1:45 p.m.** the undersigned will appear before the Honorable Sara L. Ellis, District Judge of the United States District Court for the Northern District of Illinois, Courtroom 1403, 219 S. Dearborn St., via teleconference and then and there present the **JOINT MOTION REGARDING DISCOVERY DISPUTES** (Dkt. 67).

Dated August 5, 2026

Respectfully submitted,

By: /s/ Nathan J. Moelker*

Nathan J. Moelker*

Stuart J. Roth

Liam R. Harrell**

Lindsey C. Bachman**

Geoffrey R. Surtees*

AMERICAN CENTER FOR LAW & JUSTICE

PO Box 60

New Hope, KY 40052

Tel: (502) 827-0951

Email: gsurtees@aclj.org

AMERICAN CENTER FOR LAW & JUSTICE

201 Maryland Avenue, NE

Washington, D.C. 20002

Tel: (202) 641-9160

Fax: (202) 546-9309

Email: nmoelker@aclj.org;

lharrell@aclj.org;

lbachman@aclj.org

*Counsel for Plaintiffs*

*Admitted to this Court's General Bar

** Admitted *Pro Hac Vice*