**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRETT RAIO; PEREZ NDI; and REETIK DHAMALA,<br>*Plaintiffs,*<br>*v.*<br>The CITY OF CHICAGO, an Illinois municipal corporation, and Chicago Police Officers MARIO L. JACKSON, NICO A. SUTOR, CARLOS R. CAMEY SANDOVAL, MICHAEL P. JOYCE, WILLIAM E. GATLIN, and MICHAEL PETRASKI in their official and individual capacities.<br>*Defendants.* | Case No. 1:25-cv-02709<br><br>**The Hon. Sara L. Ellis** |

## JOINT STATUS REPORT

The parties sumbuitted a Joint Discovery Motion on July 31, 2026, pursuant to LR 37.2. On August 6, 2026, the parties appeared before this Court for a hearing on the motion. On that day, this Court continued the hearing until August 20, 2026, directing the Defendants to "specify their objections and identify any issues" at a meet and confer by August 18, 2026. The parties have done so, and most disputes have been resolved. While certain discovery issues remain ongoing, the parties continue to engage in good faith efforts to resolve them, and do not believe that further Court intervenion is required at this time.

Dated August 18, 2026

Respectfully submitted,

By: /s/ Nathan J. Moelker*
Nathan J. Moelker*
Stuart J. Roth
Liam R. Harrell**
Lindsey C. Bachman**
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Avenue, NE
Washington, D.C. 20002
Tel: (202) 641-9160
Fax: (202) 546-9309
Email: nmoelker@aclj.org
lharrell@aclj.org
lbachman@aclj.org

Geoffrey R. Surtees*
AMERICAN CENTER FOR LAW & JUSTICE
PO Box 60
New Hope, KY 40052
Tel: (502) 827-0951
Email: gsurtees@aclj.org

*Admitted to this Court's General Bar
** Admitted *Pro Hac Vice*

*Counsel for Plaintiffs*

By: /s/ Ellen W. McLaughlin
Ellen McLaughlin
Eric Seeleman
Hannah Pitcher
CITY OF CHICAGO DEPARTMENT OF LAW
2 N. LaSalle Street Suite 520
Chicago, IL 60602
(312) 742-5147 (McLaughlin)
(312) 742-3902 (Seeleman)
Ellen.McLaughlin@cityofchicago.org
Eric.Seeleman@cityofchicago.org
Hannah.Pitcher@cityofchicago.org

*Counsel for Defendants*