**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRETT RAIO,<br>PEREZ NDI, and<br>REETIK DHAMALA,<br><br>Plaintiffs,<br>v.<br><br>CITY OF CHICAGO, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br>No. 25-cv-2709<br><br>District Judge:<br>The Honorable Sara L. Ellis |

**MOTION TO WITHDRAW**

Attorney Eric Seeleman respectfully moves to withdraw his appearance as counsel for Defendant City only, for the reasons stated below:

1. The undersigned has previously filed appearances on behalf of the City of Chicago (ECF No. 11), Mario Jackson, Nico Sutor, Carlos Sandoval, Michael Joyce, William Gatlin, and Michael Petraski (ECF No. 63).

2. For the purpose of efficiency and strategy, the undersigned will focus his representation on the individual defendants for the remainder of the case and therefore wishes to withdraw from representation of the City while remaining as attorney of record for individual defendants Jackson, Sutor, Sandoval, Joyce, Gatlin, and Petraski.

3. Additional attorneys currently represent the City and will continue to diligently and ably represent them going forward in this matter.

4. The undersigned's motion to withdraw will not prejudice the representation of the City or cause any undue delay in this proceeding.

**WHEREFORE**, attorney Eric Seeleman respectfully requests that this Honorable Court enter an order granting the motion to withdraw and terminate his appearance on behalf of the City of Chicago, only. Mr. Seeleman will remain as attorney of record for the individual defendants in this case.

DATED: October 6, 2026

Respectfully submitted,

BY: */s/ Eric Seeleman*
ERIC SEELEMAN
Assistant Corporation Counsel

Eric Seeleman
Assistant Corporation Counsel Supervisor
City of Chicago Department of Law
2 North LaSalle, Suite 420
Chicago, IL 60602
312-742-3902 (Seeleman)
eric.seeleman@cityofchicago.org