**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRETT RAIO, | ) | |
| PEREZ NDI, and | ) | No. 25-cv-2709 |
| REETIK DHAMALA, | ) | |
| | ) | District Judge: |
| Plaintiffs, | ) | The Honorable Sara L. Ellis |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To: Nathan J. Moelker
Stuart J. Roth
Liam R. Harrell
Lindsey C. Bachman
American Center For Law & Justice
201 Maryland Avenue, NE
Washington, D.C. 20002
nmoelker@aclj.org

**PLEASE TAKE NOTICE** that on **Wednesday, October 14, 2026, at 9:45 a.m.** the undersigned will appear before the Honorable Judge Sara L. Ellis, District Judge of the United States District Court for the Northern District of Illinois, Courtroom 1403, 219 S. Dearborn St., and then and there present the undersigned counsel's **MOTION TO WITHDRAW.**

Dated: October 6, 2026.

Respectfully submitted,

By: */s/ Eric Seeleman*
ASSISTANT CORPORATION COUNSEL
City of Chicago Department of Law
Special Federal Litigation Division
2 N. LaSalle St., Suite 420
Chicago, IL 60602
(312) 742-3902