# Exhibit E

***Raio v. City of Chicago*, No. 25-cv-02709**

**Plaintiffs' Notice of Deposition of Sergeant Tomasz Zatora**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRETT RAIO,<br>PEREZ NDI, and<br>REETIK DHAMALA,<br><br>*Plaintiffs,*<br>*v.*<br><br>The CITY OF CHICAGO, an Illinois municipal corporation, and Chicago Police Officers MARIO L. JACKSON, NICO A. SUTOR, CARLOS R. CAMEY SANDOVAL, MICHAEL P. JOYCE, WILLIAM E. GATLIN, and MICHAEL PETRASKI in their official and individual capacities.<br><br>*Defendants.* | Case No. 1:25-cv-02709<br><br>**The Hon. Sara L. Ellis** |

**PLAINTIFFS' NOTICE OF TAKING DEPOSITION OF TOMASZ ZATORA**

**TO**: **Counsel for Defendants**
Attn: Ellen McLaughlin
Eric Seelman
Hannah Pitcher
City of Chicago Department of Law
2 North LaSalle, Suite 520
Chicago, IL 60602
ellen.mclaughlin@cityofchicago.org
eric.seeleman@cityofchicago.org
hannah.pitcher@cityofchicago.org
312-742-5147 / 744-4216 / 742-3902

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Plaintiffs Brett Raio, Perez Ndi, and Reetik Dhamala, through their attorneys of record, will take the deposition upon oral examination of **Sgt. Tomasz Zatora** on Thursday, October 22, 2026, at 9:00 a.m. Central Time, at the City of Chicago Department of Law, 2 N. LaSalle Street, Chicago, IL 60602.

Said proceeding shall be held before a court reporter authorized to administer oaths in the State of Illinois. Further, said proceeding shall continue from day to day, excluding Saturdays, Sundays, and holidays until completed. This deposition will be recorded stenographically and may utilize instant visual display of the testimony of the deponent, pursuant to Federal Rule of Civil Procedure 30(b)(3)(A). This deposition may be recorded by videotape and said videotape deposition of this deponent may be used at the time of the trial, pursuant to Federal Rule of Civil Procedure 30(b)(3)(A)(B) and 32. The deposition will be taken for the purposes of discovery, for use at trial in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

DATED this 10th day of September 2026.

**THE AMERICAN CENTER FOR LAW AND JUSTICE**

**Dated: September 10, 2026**

Respectfully Submitted,
By: *_/s/ Liam R. Harrell_*

Liam R. Harrell**
Lindsey Bachman**
Nathan J. Moelker*
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Avenue, NE
Washington, D.C. 20002
Tel: (202) 641-9160
Fax: (202) 546-9309
Email: lharrell@aclj.org;
nmoelker@aclj.org

Geoffrey R. Surtees*
AMERICAN CENTER FOR LAW & JUSTICE
PO Box 60
New Hope, KY 40052
Tel: (502) 549-7020
Fax: (502) 549-5252
gsurtees@aclj.org

*Counsel for Plaintiff*

*Admitted to this Court's General Bar
**Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I certify that on September 10, 2026, I electronically served the foregoing Plaintiffs' Notice of Deposition of Sgt. Tomasz Zator on counsel for all Defendants identified below pursuant to written consent.

Ellen McLaughlin — ellen.mclaughlin@cityofchicago.org
Eric Seelman — eric.seeleman@cityofchicago.org
Hannah Pitcher — hannah.pitcher@cityofchicago.org
City of Chicago Department of Law
2 North LaSalle Street, Suite 520
Chicago, Illinois 60602

*/s/ Liam Harrell*
Liam Harrell