**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRETT RAIO, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:25-cv-02709 |
| | ) | |
| v. | ) | Honorable Sara L. Ellis |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **October 28, 2026**, at **9:45 a.m.**, or as soon thereafter as counsel may be heard, undersigned counsel will appear before the Honorable Sara L. Ellis, or any judge sitting in the Court's stead, in Courtroom 1403 of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present **Defendants' Joint Motion to Bifurcate Plaintiffs' *Monell* Claims and Stay *Monell* Discovery Pending Summary Judgment**, a copy of which was filed herewith and is hereby served upon you.

Date: October 23, 2026

Respectfully submitted,

RENEE CAMILLE HATCHER,
Acting Corporation Counsel for
the City of Chicago

By: /s/ Ellen W. McLaughlin
Chief Assistant Corporation Counsel

ELLEN W. MCLAUGHLIN
ellen.mclaughlin@cityofchicago.org
HANNAH L. PITCHER
hannah.pitcher@cityofchicago.org
City of Chicago Department of Law
2 North LaSalle Street, Suite 520
Chicago, Illinois 60602
(312) 742-5147 / -6238
*Attorneys for Defendant City of Chicago*

ERIC SEELEMAN
eric.seeleman@cityofchicago.org
NURA ZAKI
nura.zaki@cityofchicago.org
City of Chicago Department of Law
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 742-3902
*Attorneys for Defendant Officers*