**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRETT RAIO; PEREZ NDI; and REETIK DHAMALA, *Plaintiffs,* *v.* The CITY OF CHICAGO, an Illinois municipal corporation, and Chicago Police Officers MARIO L. JACKSON, NICO A. SUTOR, CARLOS R. CAMEY SANDOVAL, MICHAEL P. JOYCE, WILLIAM E. GATLIN, and MICHAEL PETRASKI in their official and individual capacities. *Defendants.* | Case No. 1:25-cv-02709<br><br>**The Hon. Sara L. Ellis** |

**NOTICE OF MOTION**

TO: Ellen McLaughlin
Eric Seeleman
Hannah Pitcher
Hannah Gelbort
Ryan Sun
Nura Zaki
CITY OF CHICAGO DEPARTMENT OF LAW
2 N. LaSalle Street Suite 520
Chicago, IL 60602
Ellen.McLaughlin@cityofchicago.org
Eric.Seeleman@cityofchicago.org
Hannah.Pitcher@cityofchicago.org
Hannah.Gelbort@cityofchicago.org
Ryan.Sun@cityofchicago.org
Nura.Zaki@cityofchicago.org

PLEASE TAKE NOTICE that on **Wednesday, October 28, 2026, at 9:45 a.m.** the undersigned will appear before the Honorable Sara L. Ellis, District Judge of the United States District Court for the Northern District of Illinois, Courtroom 1403, 219 S. Dearborn St., via teleconference and then and there present the **PLAINTIFFS' MOTION FOR LEAVE TO FILE ATTACHED JOINT DISCOVERY MOTION WITHOUT DEFENDANTS' COMPLETED PORTION** (Dkt. 81).

Dated October 23, 2026

Respectfully submitted,

By: /s/ Nathan J. Moelker*
Nathan J. Moelker*
Stuart J. Roth
Liam R. Harrell**
Lindsey C. Bachman**
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Avenue, NE
Washington, D.C. 20002
Tel: (202) 641-9160
Fax: (202) 546-9309
Email: nmoelker@aclj.org;
lharrell@aclj.org;
lbachman@aclj.org

Geoffrey R. Surtees*
AMERICAN CENTER FOR LAW & JUSTICE
PO Box 60
New Hope, KY 40052
Tel: (502) 827-0951
Email: gsurtees@aclj.org

*Counsel for Plaintiffs*

*Admitted to this Court's General Bar
** Admitted *Pro Hac Vice*