# EXHIBIT 1

## PLAINTIFFS' SEPTEMBER 4, 2026 EMAIL

Rule 30(b)(6) Notice and Proposed Topics

Outlook

## Re: Raio, Brett, et al. v. City et al., 25 C 2709 - Proposed Deposition Dates

**From** Lindsey Bachman <lbachman@aclj.org>
**Date** Fri 9/4/2026 1:35 PM
**To** Ellen.McLaughlin <Ellen.McLaughlin@cityofchicago.org>; Eric.Seeleman <Eric.Seeleman@cityofchicago.org>
**Cc** Nathan Moelker <nmoelker@aclj.org>; Liam Harrell <lharrell@aclj.org>; Geoffrey Surtees <gsurtees@aclj.org>; Tracy Turner <tturner@aclj.org>; Hannah Pitcher <Hannah.Pitcher@cityofchicago.org>

1 attachment (61 KB)
Raio - 30(b)6 Notice 9.4.26.docx;

Ellen,

Please see attached draft Rule 30(b)(6) notice and topics. As you'll see, we have not yet set deposition dates as we wanted to give the City time to review and identify the appropriate witness(es).

We are available next week to meet and confer regarding scheduling and the topics if that works for your team.

We hope you all have a safe and enjoyable holiday weekend. Thanks.

Best regards,

Lindsey C. Bachman
Senior Litigation Counsel
American Center for Law & Justice
Admitted in TX and MO
Washington, DC 20002
ACLJ

CONFIDENTIALITY & METADATA NOTICE:

This message and any attached documents contain information from the American Center for Law and Justice (ACLJ) that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. All recipients are hereby notified that any metadata contained in any document attached to this message has been sent inadvertently and should not be reviewed without the consent of the ACLJ. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Ellen McLaughlin <Ellen.McLaughlin@cityofchicago.org>
**Sent:** Wednesday, September 2, 2026 12:23 PM
**To:** Lindsey Bachman <lbachman@aclj.org>; Eric.Seeleman <Eric.Seeleman@cityofchicago.org>

**Cc:** Nathan Moelker <nmoelker@aclj.org>; Liam Harrell <lharrell@aclj.org>; Geoffrey Surtees <gsurtees@aclj.org>; Tracy Turner <tturner@aclj.org>; Hannah Pitcher <Hannah.Pitcher@cityofchicago.org>
**Subject:** RE: Raio, Brett, et al. v. City et al., 25 C 2709 - Proposed Deposition Dates

Hi Lindsey,

On location, we're happy to host the individual Defendants and the City's Rule 30(b)(6) witness here at 2 N. LaSalle.

We have a concern about noticing the Plaintiffs' depositions at Mauck & Baker, as they aren't counsel of record in this case, though they are counsel adverse to the City in other pending matters. We have a mezzanine level at 2 N. LaSalle that is a comfortable space with plenty of room for counsel, the witnesses, and the reporter, and it has the presentation technology we'll want for handling exhibits. We propose noticing Plaintiffs' depositions for that location. We will get those notices out for Mr. Ndi and Mr. Dhamala, but I believe we're still waiting for a date convenient for Mr. Raio.

On Sgt. Zatora, we'll accept service of the subpoena and coordinate his appearance. He is available on October 22 and would much prefer to go in the morning that day.

Lastly, please go ahead and send the Rule 30(b)(6) topics so we can confer on those if necessary and start identifying the appropriate witness(es).

Thanks,

Ellen Wight McLaughlin
Chief Assistant Corporation Counsel, Constitutional & Commercial Litigation Division
City of Chicago Department of Law
2 N. LaSalle Street, Suite 520
Chicago, IL 60602
312.742.5147
Ellen.mclaughlin@cityofchicago.org
www.cityofchicago.org/law

---

**From:** Lindsey Bachman <lbachman@aclj.org>
**Sent:** Wednesday, September 2, 2026 10:06 AM
**To:** Eric Seeleman <Eric.Seeleman@cityofchicago.org>
**Cc:** Nathan Moelker <nmoelker@aclj.org>; lharrell <lharrell@aclj.org>; gsurtees <gsurtees@aclj.org>; Tracy Turner <tturner@aclj.org>; Ellen McLaughlin <Ellen.McLaughlin@cityofchicago.org>; Hannah Pitcher <Hannah.Pitcher@cityofchicago.org>
**Subject:** Re: Raio, Brett, et al. v. City et al., 25 C 2709 - Proposed Deposition Dates

[Warning: External email]

Hi Eric,

A few items as we start scheduling depositions.

Would Defendants agree that each side's party witnesses can be deposed at the offices selected by their counsel? We would notice the individual Defendants and the City's Rule 30(b)(6) deposition at your offices, and our clients' depositions can occur at Mauck & Baker, L.L.C., 1 N. LaSalle Street, Suite 3150, Chicago, IL. My understanding is that office is just steps from your office, so this should be convenient for everyone. And because we will be taking more depositions, most of the depositions would occur at your offices. We are working on the notices now, including the Rule 30(b)(6) topics, and will get those to you once we're able to confirm location.

Also, would you agree to accept service of a deposition subpoena for Sgt. Zatora and produce him at your offices? If not, please let us know so we can arrange for personal service.

Best regards,

Lindsey C. Bachman
Senior Litigation Counsel
American Center for Law & Justice
Admitted in TX and MO
Washington, DC 20002

ACLJ

CONFIDENTIALITY & METADATA NOTICE:

This message and any attached documents contain information from the American Center for Law and Justice (ACLJ) that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. All recipients are hereby notified that any metadata contained in any document attached to this message has been sent inadvertently and should not be reviewed without the consent of the ACLJ. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Eric Seeleman <Eric.Seeleman@cityofchicago.org>
**Sent:** Thursday, August 6, 2026 2:22 PM
**To:** Lindsey Bachman <lbachman@aclj.org>
**Cc:** Nathan Moelker <nmoelker@aclj.org>; Liam Harrell <lharrell@aclj.org>; Geoffrey Surtees <gsurtees@aclj.org>; Tracy Turner <tturner@aclj.org>; Ellen.McLaughlin <Ellen.McLaughlin@cityofchicago.org>; Hannah Pitcher <Hannah.Pitcher@cityofchicago.org>
**Subject:** Raio, Brett, et al. v. City et al., 25 C 2709 - Proposed Deposition Dates

Good afternoon Lindsey:

We have conferred with our clients and we propose to present our clients for their depositions on any of the following dates:

October 15, 16, 22, 23, 26, 27, November 2, 5, 12, 13

*Sutor is only available on November 12, 13 due to furlough time off
**Jackson is not available November 5-13 due to furlough time off

We also propose to take plaintiffs' respective depositions in-person at our offices at 2 N. LaSalle St., Chicago, IL 60602, on any of the following dates:

October 20, 21, 29, 30, Nov. 6, 9.

Please let us know what you think so that we can pencil in some dates and get the notices out.

Sincerely,

**Eric Seeleman**
**Assistant Corporation Counsel Supervisor**
**Special Federal Litigation Division**
City of Chicago Department of Law
2 N. LaSalle St. Ste. 420
Chicago, IL 60602
(312) 742-3902
eric.seeleman@cityofchicago.org
www.cityofchicago.org/law

LAW

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.