# EXHIBIT 2

## DEFENDANTS' SEPTEMBER 30, 2026 EMAIL

Amended Discovery Responses and Rule 30(b)(6) Objections

Outlook

**Raio v City of Chicago, et al - 25 C 02709**

**From** Ellen McLaughlin <Ellen.McLaughlin@cityofchicago.org>

**Date** Wed 9/30/2026 6:41 PM

**To** Tracy Turner <tturner@aclj.org>; Wendy Bohan <Wendy.Bohan@cityofchicago.org>; Lindsey Bachman <lbachman@aclj.org>; Christy Compagnone <ccompagnone@aclj.org>; Ben Sisney <bsisney@aclj.org>; Geoffrey Surtees <gsurtees@aclj.org>; Nathan Moelker <nmoelker@aclj.org>; Liam Harrell <lharrell@aclj.org>; Garrett Taylor <gtaylor@aclj.org>

**Cc** Eric.Seeleman <Eric.Seeleman@cityofchicago.org>; Hannah Pitcher <Hannah.Pitcher@cityofchicago.org>; Hannah Gelbort <Hannah.Gelbort@cityofchicago.org>; Ryan Sun <Ryan.Sun@cityofchicago.org>; Nura Zaki <Nura.Zaki@cityofchicago.org>

3 attachments (976 KB)

9.30.26 Raio - Amended R. 26 Disclosures.pdf; 2026.09.30 Raio - Response to 1st RFPs.Amended.pdf; 9.30.26 Raio - City's Objections and Responses to Rule 30b6 Notice.pdf;

Dear Counsel,

I'm attaching two amended discovery documents:

- We have updated our Rule 26 disclosures.
- We have amended the City's RFP responses to conform to the discussions between the parties regarding the scope of the City's objections and production.

Also attached are the City's objections and responses to the Rule 30(b)(6) matters.

I hope you've been able to access the document production we shared today. We will continue to review and process the additional documents as quickly as we can.

Thanks,

Ellen Wight McLaughlin
Chief Assistant Corporation Counsel, Constitutional & Commercial Litigation Division
City of Chicago Department of Law
2 N. LaSalle Street, Suite 520
Chicago, IL 60602
312.742.5147
Ellen.mclaughlin@cityofchicago.org
www.cityofchicago.org/law